IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV378-RJC-DSC

| | |
|---|---|
| POLYMER GROUP, INC., et.al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GORDON FOOD SERVICE, INC., )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for J. Derek Vandenburgh and Sarah M. Stensland]" (documents ##7-8) filed August 20, 2010. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 21, 2010

David S. Cayer
United States Magistrate Judge